# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARIE SPEZZANO, | ) | Case No. 4:19-cv-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HUNTINGTON NATIONAL BANK and ENDPOINT RESOLUTION SERVICES, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND MOTION TO VACATE DEADLINES

Marie Spezzano and The Huntington National Bank hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement documents and file a stipulation of dismissal.

Dated: March 29, 2019                                          Respectfully Submitted,

*/s/ Aaron D. Radbil*                                           */s/ Sabrina A. Neff*
Aaron D. Radbil                                                 Sabrina A. Neff
GREENWALD DAVIDSON RADBIL PLLC                                  HUSCH BLACKWELL LLP
401 Congress Avenue, Suite 1540                                 600 Travis St.,
Austin, TX 78701                                                Suite 2350
Telephone: 512.803.1578                                         Houston, TX 77002
Fax: 561.961.5684                                               Telephone: 713.525.6248
aradbil@gdrlawfirm.com                                          Sabrina.Neff@huschblackwell.com

Alexander D. Kruzyk
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
Telephone: 561.826.5477
Fax: 561.961.5684
akruzyk@gdrlawfirm.com

1

2

## CERTIFICATE OF SERVICE

I certify that on March 29, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil